UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61350-MC-DIMITROULEAS

UNITED STATES OF AMERICA,

      Petitioner,

v.

HAROLD DIXON, in his personal capacity
and as Officer of HAROLD DIXON'S
TRANSMISSIONS, and JENNAE DIXON,
in her personal capacity,

      Respondents.
_____/

## PETITIONER'S NOTICE OF SERVICE
## OF ORDER TO SHOW CAUSE

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, hereby files this Notice of Service of the Order to Show Cause and Setting Hearing, and states the following:

1.    Pursuant to the Court's Order to Show Cause and Setting Hearing (DE 3), the Internal Revenue Service officer assigned to this matter has provided personal service of the Order, the Petition, and the Declaration with its exhibits to Harold Dixon and Jennae Dixon.  The personal service upon both Respondents occurred on June 11, 2014.

2.    The United States also hereby advises the Respondents that the Clerk of Court has changed the designated case number for this case to 14-MC-61350.  See Ex. A.  Any Court

1

pleadings filed by Respondents should reflect this new case number.

Wherefore, the Respondents are on notice of this Court's Order, and the change to the designated case number.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY
>
>By: /s/ Steven R. Petri
>STEVEN R. PETRI
>Assistant United States Attorney
>Federal Bar No. A5500048
>500 E. Broward Blvd., Suite 700
>Ft. Lauderdale, FL 33394
>Phone no. 954-660-5799
>Fax no. 954-356-7180
>Email: Steve.Petri@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12th, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served today by U.S. Mail to Harold Dixon and Jennae Dixon, 1345 Tyler Street, Hollywood FL, 33019.

>s/ Steven R. Petri
>STEVEN R. PETRI
>Assistant United States Attorney